# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 MAR 10 P 2: 29
CLERK OF COURT

Steve Burnside,     Plaintiff,

v.

The Credit Repair Shop, a business operating in Wisconsin,     Defendant,

Steven A. Williams, individually and as owner, operator, and controlling person of The Credit Repair Shop,     Defendant.

Case No: 26-C-382

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Steve Burnside, proceeding pro se, brings this action against Defendants The Credit Repair Shop and Steven A. Williams and alleges as follows:

## I. JURISDICTION AND VENUE

1. This action arises under federal law including the Credit Repair Organizations Act (15 U.S.C. §1679 et seq.) and the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §1962).
2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331.
3. This Court has supplemental jurisdiction over related state law claims pursuant to 28 U.S.C. §1367.
4. Venue is proper pursuant to 28 U.S.C. §1391 because the acts complained of occurred within this district.

## II. PARTIES

1. Plaintiff Steve Burnside is an adult resident of the State of Wisconsin.
2. Defendant The Credit Repair Shop is a credit repair business operating at 7901 West Burleigh Street, Milwaukee, Wisconsin 53222.
3. Defendant Steven A. Williams is the owner, operator, and controlling person of The Credit Repair Shop.
4. At all relevant times Steven A. Williams exercised authority and control over the policies, practices, and business operations of the company.
5. Steven A. Williams personally directed and participated in the business practices alleged in this Complaint.
6. Because Steven A. Williams personally participated in the unlawful conduct, he is individually liable for damages caused by those actions.

## III. FACTUAL ALLEGATIONS

1. Plaintiff worked for Defendants in connection with credit repair services offered to consumers.
2. From approximately 2020 through 2024 Defendants accepted upfront payments from consumers for credit repair services before services were completed.
3. Federal law prohibits credit repair organizations from charging or receiving payment before services are performed.
4. Plaintiff became aware of these unlawful practices during his employment.
5. Defendants knew Plaintiff had knowledge of these practices.
6. On February 20, 2026 Defendants terminated Plaintiff's employment in retaliation for his knowledge of these unlawful practices.
7. Plaintiff possesses commission statements from former employee Jamil Mason demonstrating payments connected to credit repair services.
8. Following his termination Plaintiff applied for unemployment benefits.
9. Defendants knowingly submitted false information stating Plaintiff worked during the week ending February 28, 2026.
10. In truth Plaintiff had already been terminated on February 20, 2026.
11. Defendants' false statements interfered with Plaintiff's unemployment benefits and caused financial harm.

## IV. CLAIMS FOR RELIEF

### Count I – Violation of the Credit Repair Organizations Act

1. Defendants charged consumers upfront fees before services were completed.
2. Such conduct violates federal law governing credit repair organizations.

### Count II – Retaliatory Termination

1. Plaintiff possessed knowledge of unlawful business practices.
2. Defendants terminated Plaintiff to prevent exposure of those practices.

### Count III – False Statements / Defamation

1. Defendants knowingly provided false information to unemployment authorities.
2. These statements caused financial harm to Plaintiff.

### Count IV – Civil RICO (18 U.S.C. §1962)

1. Defendants conducted an enterprise through a pattern of unlawful activity.
2. The enterprise consisted of The Credit Repair Shop controlled by Steven A. Williams.
3. Repeated unlawful collection of advance fees constituted a pattern of racketeering activity.

## V. DAMAGES

- Lost wages and employment income.
- Loss of unemployment benefits.
- Financial hardship and emotional distress.
- Treble damages under RICO.
- Punitive damages.

## VI. PRAYER FOR RELIEF

- Compensatory damages.
- Treble damages under Civil RICO.
- Punitive damages.
- Costs and any additional relief the Court deems just.

## VII. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

*Steve Burnside pro se*

Steve Burnside

414-215-5632

burnside658@gmail.com

Plaintiff Pro Se