# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Steve Burnside, Plaintiff

v.

The Credit Repair Shop and Steven A. Williams, Defendants.

26-C-382

# RICO ENTERPRISE AND PATTERN OF RACKETEERING ALLEGATIONS

The following allegations further support Count IV of Plaintiff's Complaint under the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §1962).

## The RICO Enterprise

1. The enterprise consisted of The Credit Repair Shop and its owner Steven A. Williams.
2. The enterprise engaged in the business of providing credit repair services to consumers.
3. Steven A. Williams directed and controlled the operations of the enterprise.
4. The enterprise functioned as a continuing unit whose purpose included collecting payments from consumers for credit repair services.

## Pattern of Racketeering Activity

1. Defendants repeatedly collected upfront payments for credit repair services before services were performed.
2. Such conduct violated federal consumer protection laws including the Credit Repair Organizations Act.
3. The collection of payments from consumers involved interstate communications including electronic payments and communications.
4. These acts occurred repeatedly between approximately 2020 and 2024.
5. The repeated acts constitute a pattern of unlawful activity affecting interstate commerce.

## Predicate Acts

1. Use of electronic communications to solicit and collect payments for credit repair services.
2. Use of interstate financial transactions to collect fees from consumers.
3. Repeated collection of unlawful advance fees for credit repair services.

4. Use of business communications and marketing to promote services that required unlawful upfront payments.

## Injury to Plaintiff

1. Plaintiff was terminated in retaliation for knowledge of the enterprise's unlawful practices.
2. Defendants interfered with Plaintiff's unemployment benefits by submitting false information.
3. Plaintiff suffered financial harm including lost wages and economic damages.

These allegations further establish Defendants' participation in an enterprise through a pattern of racketeering activity in violation of 18 U.S.C. §1962.

Respectfully Submitted

Steve Burnside pro se