# WHISTLEBLOWER RETALIATION ALLEGATIONS

EASTERN DISTRICT WI FILED 2026 MAR 10 P 2 29 CLERK OF COURT

This section supplements Plaintiff's federal complaint and explains the basis for Plaintiff's retaliation claim arising from his refusal to participate in unlawful credit repair practices.

## Protected Activity

- Plaintiff informed the owner Steven A. Williams that accepting advance payments violated the Credit Repair Organizations Act.
- Plaintiff refused to participate in unlawful credit repair practices involving advance payments.
- Plaintiff warned that such conduct could be reported to authorities.

## Adverse Employment Action

- Plaintiff was terminated on February 20, 2026.
- The termination occurred shortly after Plaintiff refused to participate in the unlawful conduct.

## Causal Connection

- Plaintiff raised CROA violations directly with the owner.
- The owner reassigned Plaintiff after those concerns were raised.
- When Plaintiff again refused to participate in collecting advance payments he was terminated.
- The close timing between Plaintiff's refusal and termination demonstrates retaliatory intent.

## Relief Requested

- Compensatory damages for lost wages
- Punitive damages for retaliatory conduct
- Treble damages where applicable under Civil RICO
- Any additional relief the Court deems just

Respectfully submitted,
Steve Burnside pro se