# EXHIBIT LIST AND EVIDENCE PACKET

Case: Steve Burnside v. [Employer / Credit Repair Company Name]

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 MAR 10 P 2:30
CLERK OF COURT

26-C-382

- Exhibit A — Termination notice or message dated February 20, 2026
- Exhibit B — Unemployment claim documents
- ✓ Exhibit C — Employer statement to unemployment agency
- ✓ Exhibit D — Evidence of credit repair upfront fees (contracts, advertisements, payment receipts)
- ✓ Exhibit E — Employment records / pay stubs
- Exhibit F — Any communications regarding termination or company practices



# Certification Week

The week(s) that are available for you to claim are listed below.

If multiple weeks are displayed, they will be completed starting with the oldest week.

Once a week's certification has been completed, you will be able to return here to certify the next week.

To begin certification for the highlighted week, click the Next button.

| UI Week # | For Week Of |
|---|---|
| 09/26 | Sunday, 02/22/26 through Saturday, 02/28/26 |
| 10/26 | Sunday, 03/01/26 through Saturday, 03/07/26 |

If you do not see the week you want to claim, select file my initial claim to start a claim for a different week

Previous   Next

Ex C.



# Work and Wages

You are claiming benefits for the week of 02/22/26 through 02/28/26 (week 09/26 on the Unemployment Insurance Calendar).

**WARNING:** Either you or your employer reported that you worked during the week ending 02/28/26 when you filed your initial benefit claim. That is the week you are now claiming.

Because you worked during the week you MUST REPORT GROSS WAGES.

If you did not work as reported, contact a claims specialist to correct your last day of work on our record.

We cannot accept your claim for the week until you have reported your gross wages or correct your last day of work.

During the week, did you work at all?

Even if you weren't paid for the work, you need to answer yes. Wages or other pay must be reported in the week they are earned, even if they will not be paid until a later week. If you do not report that you worked in a week that you actually did, you may be paid more benefits than you are qualified for and could face penalties, including being charged with a crime.

You will be asked if you received sick pay, vacation pay, bonus pay, holiday pay, severance/termination pay, or other types of income in later questions.

If you have questions about whether or not you worked, click the "Work and Wage Help" button for assistance.

- Yes
- No

Ex C

JAMIL COMMISSION

| | |
|---|---|
| Kamaria Patterson | $16.29 |
| ALAN LIEN | $29.75 |
| SAMUEL MCDONALD | $106.25 |

| | |
|---|---|
| TOTAL COMMISSION | 152.29 |
| TOTAL REFUNDS | |
| MINUS COMMISSION PAID | 152.29 |

TO

252.29

EX. E

| | A | B |
|---|---|---|
| 1 | JAMIL COMMISSION | |
| 2 | | |
| 3 | david wilson | $18.82 |
| 4 | RASHAD ROBINSON | $9.41 |
| 5 | Deborah Burns | $9.41 |
| 6 | Joyree Grissett | $9.41 |
| 7 | Kathie Ramos | $0.00 |
| 8 | DeShawn McKenzie | $32.93 |
| 9 | Christopher Williams | $18.82 |
| 10 | Genor Dalton | $9.41 |
| 11 | Gatha Dalton | $9.41 |
| 12 | Julia Nichols | $9.41 |
| 13 | Trandon Harris | $18.82 |
| 14 | Robert Goins | $9.41 |
| 15 | Phyllis Tomassi | $9.41 |
| 16 | Jacqueline Richmond | $9.41 |
| 17 | Jose Diax Rosa | $9.41 |
| 18 | Derrick Parker | $18.82 |
| 19 | kamron johnson | $9.41 |
| 20 | Krista Salomon | $9.41 |
| 21 | Jeremy Baca | $32.93 |
| 22 | Shaunna Lewis | $18.82 |
| 23 | SHERRY BROOKS | $18.82 |
| 24 | Anissa Rindfleisch | $9.41 |
| 25 | Damion Pink | $18.82 |
| 26 | Edwin Jennings | $9.41 |
| 27 | Mark Douglass | $9.41 |
| 28 | Joey Missouri | $9.41 |
| 29 | | |
| 30 | TOTAL COMMISSION | 348.2 |
| 31 | TOTAL REFUNDS | |
| 32 | MINUS COMMISSION PAID | 348.2 |



| # | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | JAMIL COMMISSION | | | | | |
| 2 | | Yvette Belin | | | | |
| 3 | Pierre Johnson | $12.93 | | | | |
| 4 | RASHAD ROBINSON | $9.41 | | | | |
| 5 | Deborah Burns | $9.41 | | | | |
| 6 | Laquan Steele | canceled | | | | |
| 7 | Ronald Lymon | $18.82 | | | | |
| 8 | eldon uhl | $18.82 | | | | |
| 9 | Andy Oseo Kwame | $20.00 | | | | |
| 10 | Christopher Williams | $18.82 | | | | |
| 11 | Richard Gist Jr Gist | $9.41 | | | | |
| 12 | Genor Dalton | $18.82 | | | | |
| 13 | Gatha Dalton | $9.41 | | | | |
| 14 | Robert Richards | $9.41 | | | | |
| 15 | Robert Goins | $10.00 | | | | |
| 16 | Phyllis Tomassi | $9.41 | | | | |
| 17 | Rose Ezechie | $9.41 | | | | |
| 18 | Craig Dowell | $18.82 | | | | |
| 19 | Timothy Hall | $85.00 | | | | |
| 20 | Eliuz Garcia | $10.00 | | | | |
| 21 | Derrick Parker | $9.41 | | | | |
| 22 | Krista Salomon | $9.41 | | | | |
| 23 | EILEEN VICTORIOUS JAMISON | $9.41 | | | | |
| 24 | Joel Christian | $12.49 | | | | |
| 25 | Yvette Belin | $9.82 | | | | |
| 26 | Mark Douglass | $9.41 | | | | |
| 27 | Cynthia Nolan | $9.41 | | | | |
| 28 | Isaac Ousley | $18.82 | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | TOTAL COMMISSION | 405.7 | | | | |
| 35 | TOTAL REFUNDS | | | | | |
| 36 | MINUS COMMISSION PAID | 405.7 | | | | |

| 7-27-24 | 8-3-24 | 8-10-24 | 8-17-24 | 8-24-24 | 8-31-24 | 9-7-24 | 9-14-24 |

| Name | Amount |
|---|---|
| JAMIL COMMISSION | |
| RASHAD ROBINSON | $9.41 |
| James Reaves | $0.00 |
| Claudio Cendejas | $18.82 |
| Deborah Burns | $9.41 |
| Christopher Williams | $9.41 |
| Genor Dalton | $9.41 |
| Gatha Dalton | $9.41 |
| SHERRY BROOKS | $18.82 |
| Trandon Harris | $9.41 |
| Anissa Rindfleisch | $9.41 |
| Damion Pink | $18.82 |
| Joey Missouri | $9.41 |
| Nathan Bright | $62.50 |
| Elluz Garcia | $9.41 |
| Derrick Parker | $9.41 |
| David Brown | $18.82 |
| kamron johnson | $9.41 |
| Juan Velazquez-Martinez | $9.41 |
| Krista Salomon | $9.41 |
| Mark Douglass | $9.41 |
| Terrence Bishop | $9.41 |
| DRU KUHLMAN | $18.82 |
| Arentheous Walker | $18.82 |
| Clark Lima | $9.41 |
| EILEEN VICTORIOUS JAMISON | $9.41 |
| Jeremy Baca | $32.79 |
| David Martinez Jr | $18.82 |
| Jeffery Borders | $18.82 |

TOTAL COMMISSION
TOTAL REFUNDS   405.82

| Name | Amount |
|---|---|
| JAMIL COMMISSION | |
| SHERRY BROOKS | $18.82 |
| Anissa Rindfleisch | $9.41 |
| Deborah Burns | $9.41 |
| Melvin C Melton | $32.93 |
| Christopher Williams | $9.41 |
| Gatha Dalton | $18.82 |
| Michael Blosser | $32.93 |
| Quantel Carter | ($18.82) |
| Michael Blosser | $32.93 |
| Mia Pitts | $9.41 |
| Trandon Harris | $18.82 |
| David Brown | $18.82 |
| Ahmad Alabed Mohammed | $32.79 |
| Kevin Stanley | $18.82 |
| Arentheous Walker | $9.41 |
| Elluz Garcia | $9.41 |
| Derrick Parker | $18.82 |
| David Martinez Jr | $9.41 |
| kamron johnson | $9.41 |
| Juan Velazquez-Martinez | nw |
| Jeffery Borders | $18.82 |
| Rachel Booth | $9.41 |
| Krista Salomon | $9.41 |
| Mark Douglass | $18.82 |
| EILEEN VICTORIOUS JAMISON | $9.41 |
| JASON Hunter | $18.82 Refunded x @ 3 refund |
| Diane Johnson | $18.82 |
| Keith Langford | $18.82 |
| Richard Miller | $18.82 |
| Yvette Belin | $9.41 |
| EDWARD SIMS | $18.82 |
| Caribe Coleman | $18.82 |
| TOTAL COMMISSION | 484.45 |
| TOTAL REFUNDS | − 56.46 Langford |
| MINUS COMMISSION PAID | 427.99 |